```
 1  John R. Manning
    Attorney at Law
 2  1111 H Street, Suite 204
    Sacramento, CA 95814
 3  (916) 444-3994
    Fax (916) 447-0931
 4  jmanninglaw@yahoo.com

 5  Attorney for Defendant
    ELTON PADILLA
 6

 7                   IN THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
 8

 9  UNITED STATES OF AMERICA,        ) Case No.: 2:19 CR 103 JAM
                                     )
10              Plaintiff,           ) STIPULATION REGARDING EXCLUDABLE TIME
                                     ) PERIODS UNDER SPEEDY TRIAL ACT;
11  vs.                              ) FINDINGS AND ORDER
                                     )
12  GARCIA et al.,                   ) Date:  June 29, 2021
                                     ) Time:  9:30 a.m.
13              Defendants.          ) Judge: Honorable John A. Mendez
                                     )
14
```

15      The United States of America through its undersigned counsel, Matthew

16 D. Segal, Assistant United States Attorney, together with counsel for

17 defendant Elton Padilla, John R. Manning, Esq., hereby stipulate the

18 following:

19      1.  By previous order, this matter was set for status conference on

20 June 29, 2021.

21      2.  By this stipulation, the defendant now moves to continue the status

22 conference until September 14, 2021, and to exclude time between June 29,

23 2021 and September 14, 2021, under Local Code T-4 (to allow defense counsel

24 time to prepare).

25      3.  The parties agree and stipulate, and request the Court find the

26 following:

27          a.   Currently the United States has provided over 400 pages of
28               discovery as well as 21 discs of audio/video.

1

| | | |
|---|---|---|
| 1 | b. | Counsel for Mr. Padilla needs additional time to review the |
| 2 | | discovery, conduct investigation, interview potential |
| 3 | | witnesses and discuss the relevant USSG calculations |
| 4 | | (including application of Safety Valve and/or the First |
| 5 | | Step Act and recent court cases related thereto) with Mr. |
| 6 | | Padilla. |
| 7 | c. | The defense and the prosecution have been and continue to |
| 8 | | be involved in settlement negotiations in this matter.  To |
| 9 | | that end, the prosecution has asked the defense for |
| 10 | | additional information which may impact resolution. |
| 11 | | Counsel for Mr. Padilla needs additional time to gather, |
| 12 | | organize and articulate the requested information to the |
| 13 | | government's counsel. |
| 14 | d. | Counsel for Mr. Padilla believes the failure to grant a |
| 15 | | continuance in this case would deny defense counsel |
| 16 | | reasonable time necessary for effective preparation, taking |
| 17 | | into account the exercise of due diligence. |
| 18 | e. | The Government does not object to the continuance. |
| 19 | f. | Based on the above-stated findings, the ends of justice |
| 20 | | served by granting the requested continuance outweigh the |
| 21 | | best interests of the public and the defendants in a speedy |
| 22 | | trial within the original date prescribed by the Speedy |
| 23 | | Trial Act. |
| 24 | g. | For the purpose of computing time under the Speedy Trial |
| 25 | | Act, 18 United States Code Section 3161(h)(7)(A) within |
| 26 | | which trial must commence, the time period of June 29, |
| 27 | | 2021, to September 14, 2021, inclusive, is deemed |
| 28 | | |

excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 25, 2021　　　　　　　　　　　**/S/ John R. Manning**
　　　　　　　　　　　　　　　　　　　　　JOHN R. MANNING
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　Elton Padilla

Dated: June 25, 2021　　　　　　　　　　　Phillip D. Talbert
　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　**/S/Matthew D. Segal**
　　　　　　　　　　　　　　　　　　　　　MATTHEW D. SEGAL
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety.

IT IS SO FOUND AND ORDERED this 25th day of June, 2021.

Dated:　June 25, 2021　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE